# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0272, <u>State of New Hampshire v. Brent R. Donley</u>, the court on January 7, 2022, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The defendant, Brent R. Donley, appeals his conviction, following a trial in the Circuit Court (<u>Mace</u>, J.), on one misdemeanor count of conduct after an accident. <u>See</u> RSA 264:25, I (Supp. 2021). We affirm.

The defendant advances several arguments on appeal that turn upon his characterization of the facts underlying his conviction. However, "[i]t is a long-standing rule that parties may not have judicial review of matters not raised in the forum of trial." <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004). "It is the burden of the appealing party . . . to provide this court with a record sufficient to decide [his] issues on appeal, as well as to demonstrate that [he] raised [his] issues before the trial court." <u>Id</u>. "[A]bsent a transcript of the hearing, we must assume that the evidence was sufficient to support the result reached by the trial court." <u>Id</u>. These rules are not relaxed for self-represented parties. <u>See</u> <u>In the Matter of Birmingham & Birmingham</u>, 154 N.H. 51, 56-57 (2006).

In this case, the defendant has not provided us with a transcript of the trial in the circuit court. Nor has he provided any pleadings in which he articulated his arguments to the trial court, or rulings from the trial court demonstrating that he raised the arguments. Under these circumstances, the defendant has failed to demonstrate that he preserved his arguments for our review, and we must assume that the evidence was sufficient to support the result reached by the trial court. <u>See</u> <u>Bean</u>, 151 N.H. at 250.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**
